

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
DEC 26 2013
TIM RHODES
COURT CLERK

JENNIFER STARK and JEFF STARK, )
                                          )
    Plaintiffs,                )
                                          )    CJ-2013-7026
v.                                         )
                                          )
SAFECO INSURANCE COMPANY, )
                                          )
    Defendants,             )
                                          )

## PETITION

Plaintiffs allege that:

1. On May 29, 2012, a policy of insurance, #OY6782620, issued by Defendant was in full force protecting Plaintiffs from loss and damage to their home and property located at 1125 NW 79th Street, Oklahoma City, Oklahoma 73114-1802. The Declaration Page issued by Defendant for this policy is attached hereto, marked as Exhibit "A", and the policy is made a part hereof by this reference.

2. On or about that date an accidental direct physical loss occurred to property described in Defendant's policy as being covered and for which loss Defendant had agreed to pay Plaintiffs.

3. Plaintiffs made a claim with Defendant under their policy provisions for the loss. Defendant accepted Plaintiffs' claim; agreed that the loss was covered under the policy; and Defendant agreed it owed Plaintiffs money under its policy for the loss.

4. Thereafter Defendant did not properly or fairly investigate and evaluate Plaintiffs' claims. Defendant did not advise Plaintiffs of their benefits and other provisions of their

1



EXHIBIT "3"

insurance policy which were pertinent to the claim. Defendant knowingly misrepresented policy provisions relating to the coverage at issue. Defendant did not attempt in good faith to effectivate prompt, fair and equitable settlement of Plaintiffs' claim, although Defendant acknowledged it was liable to Plaintiffs for the loss. Defendant's actions and inactions were unreasonable and willful.

5. Had Defendant properly, reasonably and in good faith attempted to evaluate and pay Plaintiffs' claim, it would have paid Plaintiffs twice the amount it ultimately offered, i.e. Defendant should have offered to pay Plaintiffs approximately $30,000.00.

6. Defendant's delaying and low-ball tactics have caused Plaintiffs to suffer other damages, not only to their property, but to their mental well-being and state of mind. These damages will not exceed $30,000.00.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount not to exceed $60,000.00, plus cost, interest and a reasonable attorney fee to be set by the Court.

Respectfully submitted,

*/s/ Jack S. Dawson*
Jack S. Dawson, OBA# 2235
MILLER DOLLARHIDE, P.C.
210 Park Avenue, Suite 2550
Oklahoma City, OK 73102
jdawson@millerdollarhide.com
Telephone: (405) 236-8541
Fax: (405) 235-8130

ATTORNEY LIEN CLAIMED

2

## SAFECO INSURANCE COMPANY OF AMERICA
Home office: Safeco Plaza, Seattle, WA 98185-0001 ( A stock insurance company.)

### HOMEOWNERS POLICY DECLARATIONS

POLICY NUMBER:
OY8782620

POLICY PERIOD: FROM: JAN. 6, 2012 12:01 A.M.
TO: JAN. 6, 2013 12:01 A.M.

NAMED INSURED AND MAILING ADDRESS:
JEFF STARK
JENNIFER STARK
1125 NW 79TH ST
OKLAHOMA CITY OK 73114-1802

AGENT:
PREMIER INS LLC
OKLAHOMA AGENTS ALLIANCE LLC
3232 W BRITTON RD STE#150
OKLAHOMA CITY  OK  73120-2053

Valued Homeowners Customer Since: JAN. 6, 2011

INSURED LOCATION:
1125 NW 79TH ST
OKLAHOMA CITY OK 73114-1802

POLICY SERVICE INFORMATION:
TELEPHONE:  (405) 285-4040
E-MAIL:  MB.PREMIERINSURANCE@COX.NET
WEBSITE: www.safeco.com

**IMPORTANT MESSAGES**

- Your policy has renewed effective January 6, 2012.

LIMITS OF LIABILITY
(Policy Section I - Property Coverages and Section II - Liability Coverages)

| Coverage A — Dwelling | Coverage B — Other Structures | Coverage C — Personal Property | Coverage D — Additional Living Expense | Coverage E — Personal Liability | Coverage F — Medical Payments |
|---|---|---|---|---|---|
| $157,600 | $15,760 | $94,560 | $31,520 | $300,000 | $5,000 |

DEDUCTIBLES.
The following deductibles apply unless otherwise stated within the policy.

| | AMOUNT |
|---|---|
| Section I, except as noted below | $ 1,000 |
| Windstorm or Hail Deductible | 1,576 |

| | PREMIUM |
|---|---|
| BASIC COVERAGES | $ 1,895.00 |
| OTHER COVERAGES, LIMITS AND OPTIONAL COVERAGES | $ 36.00 |
| DISCOUNTS AND SURCHARGES | $ -353.00 |
| **TOTAL POLICY PREMIUM:** | **$ 1,578.00** |

Premium Payer:  Insured

You may pay your premium in full or in installments. There is no installment fee for the following billing plans: Full Pay, Annual 2-Pay. Installment fees for all other billing plans are listed below. If more than one policy is billed on the installment bill, only the highest fee is charged. The fee is:
   $2.00 per installment for recurring automatic deduction (EFT)
   $2.00 per installment for recurring credit card or debit card
   $5.00 per installment for all other payment methods


EXHIBIT A

HOM-7000/EP 1/09
G1

CONTINUED
Page 1 of 2

ORIGINAL
DATE PREPARED: NOV. 17 2011

**SAFECO INSURANCE COMPANY OF AMERICA**
**HOMEOWNERS POLICY DECLARATIONS**

CONTINUED                    POLICY NUMBER: OY6782620

Servicing Mortgagee
  BANK OF AMERICA, N.A.
  ITS SUCC AND/OR ASSIGNS ATIMA
  PO BOX 961291
  FORT WORTH TX  76161-0291
  LOAN NUMBER: 022487975

POLICY LIMITS AND OTHER ADDITIONAL COVERAGES
(Unless otherwise stated, all limits and coverages are included in basic coverages)
   COVERAGE LEVEL: NEW QUALITY-PLUS
SECTION I - PROPERTY COVERAGES
COVERAGE C - PERSONAL PROPERTY - 3. SPECIAL LIMITS OF LIABILITY
  a. Money, pre-paid cards...      $   250    h. Business Property
  b. Rare coins and currency...    $ 3,000         On Premises...            $ 3,000
  c. Securities, debit cards...    $ 3,000         Off Premises Sub-limit    $ 1,000
  d. Watercraft...                 $ 3,000    i. Tapes, records, discs..    $   500
  e. Trailers...                   $ 3,000    j. Theft of Rugs              $ 5,000
  f. Theft of Jewelry, watches...  $ 3,000    k. Grave Markers...           $ 3,000
  g. Silverware...                 $ 3,000

| OTHER ADDITIONAL POLICY COVERAGES | Limit | Premium |
|---|---|---|
| Loss Assessment Coverage | $ 3,000 | Included |
| Building Ordinance or Law Coverage ( 10%) | $ 15,760 | Included |
| Fungi, Wet or Dry Rot, or Bacteria | $ 10,000 | Included |
| Reasonable Repairs | $ 5,000 | Included |
| Fire Department Service Charge | $ 3,000 | Included |
| Land Stabilization | $ 5,000 | Included |
| Arson Reward | $ 25,000 | Included |
| Criminal Conviction Reward - Item a. Information | $ 2,500 | Included |
| Criminal Conviction Reward - Item b. Property Recovery | $ 5,000 | Included |
| Credit Card, Fund Transfer, Forgery & Counterfeit Money | $ 3,000 | Included |
| Volunteer America |  | Included |
|   Section I (All Perils Coverage) |  | Included |
|   Section II - Liability Coverage |  | Included |
|   Section II - Property Damage | $ 2,000 | Included |

| OPTIONAL COVERAGES | Limit | Premium |
|---|---|---|
| Personal Property Replacement Cost |  | Included |
| Escape of Water from Sump (Building/Contents) | $ 5,000 | $ 36.00 |

| DISCOUNTS AND SURCHARGES | Premium |
|---|---|
| Package Auto Discount | $ -279.00 |
| Renewal Discount | $ -37.00 |
| Burglar Alarm Discount | $ -37.00 |

For information on other deductibles, coverages or discounts available in your state or to review your account online, log on to www.safeco.com

**FORMS APPLICABLE TO THIS POLICY:**

  HOM-7301/EP 1/09    - PERSONAL PROPERTY REPLACEMENT COST
  HOM-7210/EP 1/09    - SAFECO NEW QUALITY-PLUS HOMEOWNERS CVRG
  HOM-7230/EP 1/09    - WINDSTORM/HAIL DEDUCTIBLE
  HOM-7311/EP 1/09    - ESCAPE OF WATER FROM SUMP/SUMP PUMP DRAIN (BLDG AND CONT)
  HOM-7100/OKEP 2/09  - SPECIAL PROVISIONS - OK
  HOM-7030/EP 1/09    - HOMEOWNERS POLICY
  HOM-7232/EP 1/09    - EXECUTION CLAUSE