## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JENNIFER STARK AND (2) JEFF STARK § <br> § <br> Plaintiffs § <br> § Case No. 5:14-cv-00378 <br> § <br> v. § <br> § <br> (1) SAFECO INSURANCE COMPANY, § <br> Defendant. § <br> § | |

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

All parties to this action, including Jennifer Stark, Jeff Stark, Plaintiffs, and Safeco Insurance Company, Defendant, stipulate to the dismissal of this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(ii), each party to bear their/its own costs.

Respectfully submitted,

/ s / Jack S. Dawson
Jack S. Dawson, OBA#2235
Miller Dollarhide, P.C.
210 Park Avenue, Suite 2550
Oklahoma City, OK 73102
Telephone: (405) 236-8541
Facsimile: (405) 235-8130
Email: jdawson@millerdollarhide.com
*Attorneys for Plaintiffs,*
*Jennifer Stark and Jeff Stark*

/ s / Tim D. Cain
Tim D. Cain, OBA #11779
Frances J. Armstrong, OBA #12496
Wilson, Cain & Acquaviva
300 NW 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: (405) 236-2600
Facsimile: (405) 236-2607
Email: TimC@wcalaw.com
Email: timcain@swbell.net
Email: FrancesA@wcalaw.com
*Attorneys for Defendant, Safeco Insurance Company of America (improperly named as Safeco Insurance Company)*